IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

TERRY EDWARD ELLISON,

    Plaintiff,

vs.                                                      No. 3:19-cv-182

RUSTY LONZA, CLAIBORNE
COUNTY, SOUTHERN HEALTH
PARTNERS, JOHN WILSON, JANET
VENABLE,

    Defendants.

## AFFIDAVIT OF JANET VENABLE

Comes now Janet Venable, after being duly sworn and makes this oath as follows:

1. I am over the age of eighteen and competent to testify in this matter as to my own personal knowledge.

2. I am a Captain of the Claiborne County Sheriff's Office.

3. At all times relevant to Mr. Ellison's lawsuit, I was assigned to the Claiborne County jail.

4. Terry Edward Ellison was an inmate housed in the Claiborne County Jail.

5. On or about February 26, 2019, officer John Wilson forwarded correspondence to me from Mr. Ellison intended for the court.

6. In accordance with jail procedure, I forwarded the correspondence to the mail room for delivery to the intended recipients.

7. After forwarding Mr. Ellison's correspondence to the mail room, I had no further contact with the correspondence.



*Further affiant sayeth not.*

*Captain Janet Venable*
Captain Janet Venable
Claiborne County Sheriff's Department


SWORN TO AND SUBSCRIBED BEFORE ME this 30 day of October, 2020.

NOTARY PUBLIC

My Commission Expires: 4/22/2023

[Notary Seal: TABATHA ARNWINE, STATE OF TENNESSEE NOTARY PUBLIC, CLAIBORNE COUNTY]