IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

TERRY EDWARD ELLISON,

    Plaintiff,

vs.                                                                   No. 3:19-cv-182

RUSTY LONZA, CLAIBORNE
COUNTY, SOUTHERN HEALTH
PARTNERS, JOHN WILSON, JANET
VENABLE,

    Defendants.

---

## AFFIDAVIT OF RON HAYES

---

Comes now Ron Hayes, after being duly sworn and makes this oath as follows:

1. I am over the age of eighteen and competent to testify in this matter as to my own personal knowledge.

2. I am the Chief Deputy of the Claiborne County Sheriff's Office.

3. The Sheriff's Office operates the jail.

4. Terry Edward Ellison was an inmate housed in the Claiborne County Jail.

5. Review of the jail's records does not show that Mr. Ellison exhausted the jail's grievance procedures before filing the present lawsuit.

6. During the timeframe that Mr. Ellison complains that his mail intended for the criminal court was thrown away, he appeared before the criminal court on April 15, 2019.

7. The Criminal Court for the Eighth Judicial District of Tennessee rotates between Campbell County, Claiborne County, Fentress County, Scott County, and Union County.

EXHIBIT 2

8. Mr. Ellison's April 15, 2019 court appearance represented the first time the Criminal Court returned to Claiborne County since February 25, 2019.

9. Mr. Ellison was represented by attorney Dennis Bailey from May 31, 2018 to June 6, 2019.

10. The Claiborne County Sheriff's Office contracts with Southern Health Partners to provide medical care for the inmates housed in the jail.

11. The Claiborne County Sheriff's Office relies on and defers to the professional medical judgment of Southern Health Partners and its medical professionals to render treatment to the inmates.

12. Any request for medical treatment given to jail personnel is forwarded to medical services.

13. During the timeframe that Mr. Ellison complains that his mail was thrown away, the area under the control tower was designated for inmates to meet with their attorneys. A corrections officer cleaned the area daily.

*Further affiant sayeth not.*

Ron Hayes, Chief Deputy Claiborne County Sheriff's Department

SWORN TO AND SUBSCRIBED BEFORE ME this 4 day of November, 2020.

NOTARY PUBLIC

My Commission Expires: 4|22|2023

2