IN THE CIMINAL COURT FOR CLAIBORNE COUNTY, TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE,<br>Plaintiff,<br><br>vs.<br><br>TERRY EDWARD ELLISON<br>Defendant, | Docket # 16-CR-2346 |

## ORDER OF APPOINTMENT

This cause came on to be heard before this Honorable Court, that the Defendant is entitled to the appointment of counsel. Having been found indigent by this Court, it is accordingly **ORDEDED, ADJUDGED, AND DECREED** that **Dennis M. Bailey, JR.**, is appointed to represent the Defendant throughout the proceedings in this Court. Mr. Bailey shall be compensated at those rates and fees established by the Tennessee Supreme Court and/or Administrative Office of the Courts upon proper application.

ENTER this the _31_ day of May, 2018.

_____
E. Shayne Sexton, Judge

**APPROVED FOR ENTRY:**

_____
Dennis M. Bailey Jr.
Attorney at Law
P.O. Box 291
Tazewell, TN 37879
BPR# 33778

EXHIBIT 3

FILED
Claiborne County Criminal Court

MAY 3 1 2018

Jackie Rosenbalm, Clerk
_____, DC

IN THE CRIMINAL COURT FOR CLAIBORNE COUNTY, TENNESSEE

| STATE OF TENNESSEE | ) | | |
|---|---|---|---|
| | ) | | 16-CR-2399 |
| v. | ) | Case No.: | 18-CR-2809 |
| | ) | | 19-CR-3140 |
| TERRY ELLISON | ) | | |

## ORDER GRANTING WITHDRAWAL

On motion of counsel to withdraw, the Court finds good cause to allow Attorney Dennis M. Bailey Jr. to withdraw from the above pending matter.

**IT IS THEREFORE ORDERED**:

1. That, Dennis M. Bailey Jr. is relieved of further responsibility in this matter;

2. That, no counsel be appointed as Defendant intends to proceed pro se.

ENTER this the 6 day of June, 2019.

_____
HON. E. SHAYNE SEXTON

Drafted by:

_____
Dennis M. Bailey Jr. #033778

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and exact copy of the foregoing Notice of Appeal has been served upon the following, via personal service, to ensure delivery to:

Terry Ellison
415 Straight Creek Rd.
New Tazewell, TN 37825

This the 11 day of June, 2019.

**FILED**
Claiborne County Criminal Court

JUN 11 2019

Jackie Rosenbalm, Clerk
_____, DC

_____
Dennis M. Bailey Jr. (#033778)