Case Number: 13CC1-2016-CR-2399

Style Of Case: State Of Tennessee vs Terry Edward Ellison

Hearings

| Party | Party Role | Type | Date/Time | Judge | Result |
|---|---|---|---|---|---|
| Ellison Terry Edward | Defendant | Motion/Petition | 9/8/2020 8:30 AM | Sexton E. Shayne | |
| Ellison Terry Edward | Defendant | Plea-Final Setting | 2/24/2020 8:30 AM | Sexton E. Shayne | Guilty Plea as Charged |
| Ellison Terry Edward | Defendant | FINAL | 1/10/2020 8:30 AM | Sexton E. Shayne | Continuance Granted |
| Ellison Terry Edward | Defendant | FINAL | 12/16/2019 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Plea or Setting | 9/9/2019 8:30 AM | Sexton E. Shayne | Continuance Granted |
| Ellison Terry Edward | Defendant | Plea or Setting | 7/29/2019 8:30 AM | Sexton E. Shayne | Continuance Granted |
| Ellison Terry Edward | Defendant | Motion/Petition | 5/28/2019 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Plea or Setting | 4/15/2019 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Plea or Setting | 2/25/2019 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Plea or Setting | 1/14/2019 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Plea or Setting | 4/16/2018 8:30 AM | Sexton E. Shayne | C/F Capias Issued |
| Ellison Terry Edward | Defendant | Motion/Petition | 2/26/2018 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Motion/Petition | 11/6/2017 8:30 AM | Sexton E. Shayne | Motion Granted |
| Ellison Terry Edward | Defendant | Plea or Setting | 6/5/2017 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Plea or Setting | 4/24/2017 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Plea or Setting | 2/27/2017 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Plea or Setting | 1/23/2017 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Arraignment | 11/7/2016 8:30 AM | Sexton E. Shayne | Case Rescheduled |
| Ellison Terry Edward | Defendant | Arraignment | 9/26/2016 8:30 AM | Sexton E. Shayne | Case Rescheduled |

Add New...	Close

EXHIBIT 4